FILED

FEB 2 3 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE LEINENWEBER
MAGISTRATE JUDGE NOLAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 05CR0180 |
| | ) | |
| vs. | ) | Violation: Title 18, United States Code, Section 1029(a)(3) |
| | ) | |
| ZACHARY JOHNSON | ) | |

The SPECIAL MARCH 2004 GRAND JURY charges:

On or about December 10, 2001, at Chicago, in the Northern District of Illinois, Eastern Division,

ZACHARY JOHNSON,

defendant herein, did knowingly and with intent to defraud possess more than fifteen unauthorized access devices, thereby affecting interstate commerce;

In violation of Title 18, United States Code, Section 1029(a)(3).

FILED

FEB 2 3 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY

No.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

**ZACHARY JOHNSON**

**INDICTMENT**

Violations: **Title 18, United States Code, Section 1029(a)(3)**

A true bill,

Foreman

Filed in open court this 23RD day of FEBRUARY, A.D. 2005

MICHAEL W. DOBBINS
CLERK

Deputy Clerk

Bail, $ ____________

PO 880.320